## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELDER ZACARIAS-LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | 2:05-cv-1156-JCM-PAL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| D.W. NEVEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

This action proceeds on a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, by Elder Zacarias-Lopez. Petitioner, represented by counsel, has filed a motion seeking to reopen this habeas corpus case (docket #27). Respondents have not filed a response

This action was dismissed without prejudice, and the case was closed administratively, pursuant to an order entered February 13, 2009 (docket #25). The dismissal resulted from petitioner's request for a stay order to allow him to return to state court to exhaust his state-court remedies with respect to certain of his grounds for relief. In the order dismissing the case, the court indicated that this case is subject to being reopened upon a motion by petitioner. *See Id*.

Petitioner's further state-court proceedings have apparently concluded, and petitioner has now returned to this court seeking to reopen this case. Respondents have not opposed the

motion to reopen. The court will therefore grant petitioner's motion to reopen this case.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen case (docket #27) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall **REOPEN THIS FILE**.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** from entry of this order to answer or otherwise respond to the amended petition found in the court record at docket #23.

Dated this 18th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE